## DECLARATION OF LEE ZABEL

Lee Zabel, under penalty of perjury, under the laws of the United States of America, does hereby declare as follows:

1. My name is Lee Zabel. I am over the age of majority and am competent to testify herein.

2. I am currently a shareholder of the W.C. Zabel Company. My home address is in Venice, Florida.

3. I have personal knowledge of the facts contained herein and certify that they are true and correct to the best of my knowledge.

4. I individually have not transacted and do not transact business in the State of Louisiana.

5. I individually have not solicited and do not solicit business in the State of Louisiana.

6. I individually have not advertised and do not advertise in the State of Louisiana.

7. I do not have any interest in or use any immovable property in the State of Louisiana.

8. I have no registered agents or employees in the State of Louisiana.

9. I have never maintained a business or an office in the State of Louisiana.

10. I have not ever had a telephone number listed in the State Louisiana.

11. I have never maintained any bank accounts in the State of Louisiana.

12. I have no assets of any kind located in the State of Louisiana.

13. I am not subject to taxation nor have I paid any taxes in the State of Louisiana.

14. My communication with Alack Refrigeration Company, Inc. was by telephone or e-mail. I did not personally ever travel to the State of Louisiana to do business with Alack Refrigeration Company, Inc.

Executed on this the 6 day of April __, 2015

_____
LEE ZABEL

Exhibit A